# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JESUS S. MORALES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-CV-00174-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| N. C. DEPARTMENT OF PUBLIC SAFETY<br>S. WHITE<br>FRANK PERRY<br>FNU DYE<br>DAVID MITCHELL<br>GEORGE T. SOLOMON, | ) ) ) ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2016, Order.

Signed: October 14, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court